Stephen M. Pezanosky
State Bar No. 15881850
**HAYNES AND BOONE, LLP**
301 Commerce Street, Suite 2600
Fort Worth, TX 76102
Telephone: 817.347.6600
Facsimile:  817.347.6650
Email: stephen.pezanosky@haynesboone.com

Matthew T. Ferris
State Bar No. 24045870
Jarom J. Yates
State Bar No. 24071134
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: 214.651.5000
Facsimile:  214.651.5940
Email: matt.ferris@haynesboone.com
Email: jarom.yates@haynesboone.com

**PROPOSED ATTORNEYS FOR DEBTORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SAS HEALTHCARE, INC., *et al.*,[1] | § | Case No. 19-40401-MXM-11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS AND DISCLAIMER REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

SAS Healthcare, Inc., *et al.* (collectively, the "Debtors"), file these *Global Notes and Statement of Limitations and Disclaimer Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") with the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court") contemporaneously with the Debtors' Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs", and together with the Schedules, the "Schedules and SOFAs"). With the assistance of their proposed financial advisors, the Debtors' management prepared the Schedules and SOFAs pursuant to sections 1106 and 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### Global Notes and Overview of Methodology

Although the Debtors' management has made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: SAS Healthcare, Inc. (3809) ("SAS"); Sundance Behavioral Health Care, Inc. (3195) ("SBHC"); RCR Healthcare, LLC (5788) ("RCR"); and RCR Healthcare Dallas, LLC (5558) ("RCR Dallas"). The location of the Debtors' service address is 2707 Airport Freeway, Suite 206, Fort Worth, TX 76111-2390.

of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. Accordingly, the Schedules and SOFAs remain subject to further review and verification by the Debtors. The Debtors reserve their rights to amend the Schedules and SOFAs from time-to-time as may be necessary or appropriate.

These Global Notes pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFAs. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and SOFAs.

The Schedules and SOFAs do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with any financial statements of the Debtors. Additionally, the Schedules and SOFAs contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable best efforts to compile information regarding the assets and liabilities of the Debtors.

Mr. Oldham has signed the Schedules and SOFAs. Mr. Oldham is an authorized signatory for the Debtors. In reviewing and signing the Schedules and SOFAs, Mr. Oldham has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Oldham has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and SOFAs, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

1.    **Description of Cases.** On January 31, 2019 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to manage and operate the remaining aspects of their business as debtors-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108. On February 6, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 44].

2.    **Accuracy.** While efforts have been made to ensure the accuracy of these Schedules and SOFAs, given the substantial undertaking in gathering the data contained in the Schedules and SOFAs, inadvertent errors or omissions may have occurred. The Debtors do not make any representations or warranties as to the completeness or accuracy of the information set forth herein.

3.    **Debtors' Rights.** With respect to any claim or obligation of the Debtors described in the Statements and SOFAs, the Debtors may have rights to offset, rights to a refund, counterclaims, defenses or other rights, which have not been specifically described herein. These rights, by their nature, are generally unquantifiable and the Debtors have not attempted to describe or quantify these rights. The failure to delineate such rights should in no way be construed as a waiver of such rights by the Debtors.

4.    **Summary of Significant Reporting Policies.** The Schedules and SOFAs were prepared by the Debtors pursuant to certain standard reporting policies as follows:

a. **Asset Presentation.** It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values are reflected on the Debtors' Schedules and SOFAs. For this reason, amounts ultimately realized will vary from net book value and such variance may be material. Each asset of the Debtors is shown on the basis of the book value of the asset or liability in the Debtors' books and records, as of the Petition Date (unless otherwise noted). The Debtors reserve the right to amend or adjust the value of each asset set forth herein.

b. **Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change. In addition, the amounts shown for liabilities exclude items identified as "Unknown" or "Undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and SOFAs. The Debtors also reserve the right to change the allocation of liability to the extent additional information becomes available.

The liabilities listed on the Schedules and SOFAs do not reflect any analysis of claims under Bankruptcy Code § 503(b)(9). Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under Bankruptcy Code § 503(b)(9).

c. **Estimates.** Management may have been required, in certain circumstances, to make estimates and assumptions that affect the reported amounts of assets and liabilities. The Schedules and SOFAs indicate when such estimates and assumptions have been made.

d. **Property and Equipment.** Owned property and equipment are listed at net book value. Additionally, all information set forth on the Schedules and SOFAs regarding owned equipment, merchandise and other physical assets of the Debtors is based upon the information set forth in the Debtors' books and records. The Debtors have not completed a physical inventory of any of their owned physical assets and any information set forth in the Schedules and SOFAs may be over or understated. Additionally, all property and equipment are presented without consideration of any mechanics' or materialmen's liens. Further, nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease, a real property interest or financing arrangement), and the Debtors reserve all of their rights with respect to such issues.

e. **Leases.** The Debtors have not included in the Schedules and SOFAs any claim based on future obligations arising under any operating lease. To the extent that there is an amount past due under an operating lease as of the Petition Date, such claim has been included in the Schedules and SOFAs.

**f.    Claims Description.** Any failure to designate a claim on the Debtors' Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such claim is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtors reserve the right to amend their Schedules or SOFAs as necessary or appropriate.

**g.    Causes of Action.** Despite reasonable efforts, the Debtors might not have identified or set forth all of their causes of action against third parties as assets in their Schedules and SOFAs. The Debtors reserve any and all of their rights with respect to any causes of action they may have, and neither these Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

**h.    Payment of Claims.** The Bankruptcy Court has entered certain orders authorizing the Debtor to pay certain pre-petition claims, including, but not limited to, certain claims held by employees. Consequently, although such obligations were outstanding as of the Petition Date, a number of such obligations may have been paid as of the date of the filing of the Schedules and SOFAs, and therefore, may not be included.

**i.    Totals.** All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

**j.    Unliquidated Claim Amounts.** Claim amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

**5.    Insiders.** In the circumstances where the Schedules require information regarding insiders or officers and directors, included herein are each Debtors' (a) directors (or persons in similar positions) and (b) authorized officers. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**6.    Litigation.** Some or all of the litigation claims included in the Schedules and SOFAs may be subject to subordination under Bankruptcy Code § 510.

**7.    Employee Addresses.** Current employee and director addresses have been reported as the Debtors' business address throughout the Schedules and SOFAs, where applicable.

**8.    Schedule D—Creditors Holding Secured Claims.** Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D. The Debtors have not included on Schedule D all parties that

may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights. While reasonable efforts have been made, determination of the date upon which each claim in Schedule D was incurred or arose would be unduly and cost prohibitive, and therefore, the Debtors may not list a date for each claim listed on Schedule D.

9.    **Schedule E/F—Creditors Holding Unsecured Priority Claims.** The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority under Bankruptcy Code § 507. The Debtors reserve the right to dispute the priority status of any claim on any basis. While reasonable efforts have been made, determination of the date upon which each claim in Schedule E was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors may not list a date for each claim listed on Schedule E.

10.   **Schedule E/F—Creditors Holding Unsecured Nonpriority Claims.** The liabilities identified in Schedule F are derived from the Debtors' books and records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by the Debtors to set forth their unsecured obligations. Accordingly, the actual amount of claims against the Debtors may vary from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFAs. Parties in interest should consult their own professionals or advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financials the Debtors believe to be reasonable, actual liabilities (and assets) may deviate from the Schedules and SOFAs due to certain events that occur throughout the duration of these chapter 11 cases.

The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule F were incurred or arose, fixing that date for each claim in Schedule F would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not list a date for each claim listed on Schedule F.

11.   **Schedule G—Executory Contracts.** While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements, amendments/letter agreements, confidentiality agreements and the like. Such documents are also not set forth in Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim. Some of the Debtors may be party to certain agreements that have expired by their terms, but all parties continue to operate under the agreement. Out of an abundance of caution, the Debtors have listed such agreements on Schedule G. The Debtors' inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtors and such supplier or provider. The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

      **12.**     **Specific Notes**. These Global Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit or continuation sheet.

      **13.**     **General Reservation of Rights.** The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of their Schedules and SOFAs as and to the extent necessary as it deems appropriate.

**Specific Disclosures with Respect to the Debtors' Schedules**

An adjustment was made to the Allowance for Doubtful Accounts as of January 31, 2019 to adjust the Net Accounts Receivable down to an amount that management believes can reasonably be collected.

The accounts receivable balance for each of the entities includes amounts due from affiliated entities. These amounts have been listed at their book value, however the amount that is ultimately collected will depend on the outcome of the bankruptcy case.

Non-real estate fixed assets have been listed on the schedules at their December 31, 2018 book value. Due to system limitations, management is not able to update the values as of January 31, 2019. However, the only change from December 31, 2018 to January 31, 2019 is depreciation.

| Debtor Name | **SAS Healthcare, Inc.** |
|---|---|
| **United States Bankruptcy Court for the Northern District of Texas** | |
| Case number (if known): | **19-40401** |

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional
pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

**1. Gross Revenue from business**

☐ None

| | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | | **Sources of Revenue** | **Gross Revenue** (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| 1.1 | From | January 1, 2019 | To | January 31, 2019 | ☑ Operating a business<br>☐ Other | $0.00 |
| 1.2 | From | January 1, 2018 | To | December 31, 2018 | ☑ Operating a business<br>☐ Other | $66,135,580.00 |
| 1.3 | From | February 1, 2017 | To | December 31, 2017 | ☑ Operating a business<br>☐ Other | $86,908,841.00 |

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

In re  SAS Healthcare, Inc.                                                    Case No.   19-40401

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable.  Non-business income may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross Revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| 2.1 | From | January 1, 2019 | To | January 31, 2019 | $12,000.00 |
| 2.2 | From | January 1, 2018 | To | December 31, 2018 | $0.00 |
| 2.3 | From | February 1, 2017 | To | December 31, 2017 | $100,833.00 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments of transfers - including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer _Check all that apply_ |
|---|---|---|---|
| 3.1  See attached SOFA Exhibit 3 | | | ☐ Secured Debt |
| | | | ☐ Unsecured Loan Payments |
| | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| | | | ☐ Other |

In re  SAS Healthcare, Inc.                                                    Case No.   19-40401

### 4. Payments or other transfers of property made within 1 year before filing  this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1  See attached SOFA Exhibit 4 | | | |

**Relationship to debtor**

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1  Nevill Document Solutions<br>2825 Story Road W<br>Irving, TX 75038 | Kyocera EcoSys M3560idn | 1/8/2019 | $2,090.00 |
| | Kyocera TaskAlfa 5002i | | $4,327.00 |
| | Kyocera EcoSys M3560idn | | $2,090.00 |
| | Kyocera EcoSys M3560idn | | $2,090.00 |
| | Kyocera TaskAlfa 8052ci | | $17,701.00 |
| | Kyocera TaskAlfa 8002i | | $13,386.00 |
| | Kyocera TaskAlfa 8001i | | $13,386.00 |
| | Kyocera EcoSys M6526cidn | | $1,215.00 |
| | Kyocera EcoSys M3560idn | | $2,090.00 |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**        Legal Actions or Assignments

In re  SAS Healthcare, Inc.                                                  Case No.   19-40401

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | See attached SOFA Exhibit 7 | | | ☐ Pending |
| | | | | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1 | APA Foundation/Santa Cop Arlington Police Association 1801 W. Park Row Drive Arlington, TX 76013 | donation to the local police department toy drive | 12/6/2018 | $500 |
| | **Recipient's relationship to debtor** Local police department | | | |

| Part 5: | Certain Losses |
|---|---|

In re  SAS Healthcare, Inc.                                                                    Case No.   19-40401

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106 A/B (Schedule A/B: Assets - Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1  Storage container broken into | None - below insurance deductible | 12/23/2018 | Riding mower - $4,000<br>Shop Vacs - $300<br>Leaf Blower - $150<br>Trash Can - $75<br>Push Mower - $175<br>Assortment of tools - $100 |

| Part 6: | Certain Payments of Transfers |
|---|---|

In re  SAS Healthcare, Inc.                                                                     Case No.  19-40401

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1  Bourland, Wall, & Wenzel<br>301 Commerce St, Suite 1500<br>Fort Worth, TX 76102 | | 1/23/2019<br>1/25/2019<br>1/30/2019 | $50,477.50<br>$3,780.00<br>$5,000.00 |
| **Email or website address**<br>https://www.bwwlaw.com/ | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2  Haynes and Boone LLP<br>301 Commerce St, Suite 2600<br>Fort Worth, TX 76102 | | 12/17/2018<br>1/25/2019<br>1/30/2019 | $50,000.00<br>$50,000.00<br>$5,000.00 |
| **Email or website address**<br>http://www.haynesboone.com/offices/fort%20worth | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.3  Omni Management Group<br>5955 De Soto Ave, Suite 100<br>Woodland Hills, CA 91367 | | 1/25/2019<br>1/31/2019 | $5,000.00<br>$5,000.00 |
| **Email or website address**<br>https://www.omnimgt.com/main/ | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.4  Phoenix Management Services<br>110 Commons Court<br>Chadds Ford, PA 19317 | | 12/21/2018<br>12/31/2018<br>1/7/2019<br>1/11/2019<br>1/18/2019<br>1/25/2019<br>1/28/2019<br>1/29/2019<br>1/30/2019 | $25,000.00<br>$2,029.88<br>$23,858.76<br>$16,063.27<br>$34,471.80<br>$19,935.41<br>$31,756.25<br>$4,060.00<br>$4,830.00 |
| **Email or website address**<br>http://www.phoenixmanagement.com/ | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

In re  SAS Healthcare, Inc.                                                    Case No.   19-40401

| 11.5 | Raymond James and Associates<br>277 Park Ave, Suite 410<br>New York, NY 10172 | | 12/21/2018 | $50,000.00 |

**Email or website address**
https://www.raymondjames.com/corporation
s-and-institutions/investment-
banking/capabilities-and-coverage-
areas/private-capital-solutions-group

**Who made the payment, if not debtor?**

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this
case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

[X] None

| Name of trust or device | Describe any property transferred | Dates transfers<br>were made | Total amount or value |
|---|---|---|---|

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor
within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial
affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

[X] None

| Who received transfer? Address. | Description of property transferred or<br>payments received or debts paid in<br>exchange. | Date transfer was<br>made | Total amount or value |
|---|---|---|---|

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

[X] Does not apply

| Address | Dates of occupancy |
|---|---|

---

| Part 8: | Health Care Bankruptcies |
|---|---|

---

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

In re  SAS Healthcare, Inc.                                            Case No.  19-40401

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No   Go to Part 9.
☑ Yes.  Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1  Arlington Hospital<br>7000 US 287 Hwy<br>Arlington, TX  76001 | Arlington facility for treating IP and adult OP patients | 0 |

|  | Location where patient records are maintained | How are records kept? |
|---|---|---|
|  | On Site | ☐ Electronically<br>☑ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2  Copper Top Location<br>7100 US 287 Hwy<br>Dallas, TX 75207 | Arlington Youth OP Facility | 0 |

|  | Location where patient records are maintained | How are records kept? |
|---|---|---|
|  | On Site | ☐ Electronically<br>☑ Paper |

## Part 9:       Personally Identifiable Information

## 16. Does the debtor collect and retain personally identifiable information of customers?

☐ No
☑ Yes. State the nature of the information collected and retained.     Name, Address, Age, Social Security Number, Insurance Info, Medical History, Social History/Family History/Relationship History, Educational History, Work History, Behavioral Health/Chemical Dependency History and Previous Treatment, Legal History, Emergency Contacts, Medication List, Trauma History, Precipitating Event/Recent/ Current Symptoms, Risk Factors (Self harm/harm to others), Mental Status, Strengths/Assets, Progress in Treatment, Discharge Plan

Does the debtor have a privacy policy about that information?

☐ No
☑ Yes.

In re  SAS Healthcare, Inc.                                                    Case No.   19-40401

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No   Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in below:

| **Name of plan** | **Employer identification number of plan** |
|---|---|
| Sundance Retirement 401(k) Plan #502042000 | EIN: 502042000 |

Has the plan been terminated?
☐ No
☑ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | | |

---

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |

---

In re  SAS Healthcare, Inc.                                                    Case No.  19-40401

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 SafeSite, Inc.<br>4601 West Ledbetter Drive<br>Dallas, TX 75236 | Andrew Hardin and Diann Whitley<br>7000 US Highway 287<br>Arlington, TX 76001 | Medical Records, Utilization Review records, Intake assessments, Billing records and Incident Reports | ☐ No<br>☑ Yes |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust.
Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:
 - Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
 - Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
 - Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

In re  SAS Healthcare, Inc.                                                                    Case No.   19-40401

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

In re  SAS Healthcare, Inc.                                                                    Case No.   19-40401

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

[X] None

| Business name and address | Describe the nature of the business | Employer identification number. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
**26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.**

[ ] None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1 | Brad Oldham<br>7000 US 287 Hwy<br>Arlington, TX 76001 | 6/11/2018 - current |
| 26a.2 | Vanessa Holmes<br>2696 W Walnut St<br>Garland, TX 75042 | 6/22/2018 -<br>10/15/2018 |
| 26a.3 | Kelly Ann Speckman<br>7000 US 287 Hwy<br>Arlington, TX 76001 | 10/16/2018 -<br>11/25/2018 |
| 26a.4 | Scott Miller<br>7000 US 287 Hwy<br>Arlington, TX 76001 | 10/3/2016 -<br>6/26/2018 |

**26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.**

[ ] None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1 | Whitley Penn LLP<br>640 Taylor St<br>Suite 200<br>Fort Worth, TX 76102 | 2009 - current |

**26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.**

[ ] None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1 | Brad Oldham<br>7000 US 287 Hwy<br>Arlington, TX 76001 | |
| 26b.2 | Whitley Penn LLP<br>640 Taylor St<br>Suite 200<br>Fort Worth, TX 76102 | |

In re   SAS Healthcare, Inc.                                                                 Case No.   19-40401

**26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.**

☐ None

**Name and address**

26d.1   Wells Fargo Bank
        6111 Lake Worth Blvd
        Fort Worth, TX 76135

26d.2   Southside Bank
        1320 S University Dr
        Suite 100
        Fort Worth, TX 76107

26d.3   Ciera Bank
        1501 Summit Ave
        Fort Worth, TX 76102

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes.  Give the details about the two most recent inventories

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Name and address of the person who has possession of inventory records

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Ashoo Rao, M.D. | 2707 Airport Freeway Suite 206 Fort Worth, TX 76111 | Member in control & equity holder | 33.33% |
| 28.2 | Kishore Sunkara, M.D. | 2707 Airport Freeway Suite 206 Fort Worth, TX 76111 | Member in control & equity holder | 33.33% |
| 28.3 | Raju Indukuri, M.D. | 2707 Airport Freeway Suite 206 Fort Worth, TX 76111 | Member in control & equity holder | 33.33% |
| 28.4 | Andrew Hardin | Address Redacted | CEO | |

In re  SAS Healthcare, Inc.                                                      Case No.  19-40401

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes.  Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | Scott Blakley | Address Redacted | Group CEO | 05/15/2017 - 10/18/2018 |
| 29.2 | Dawne Buckley | Address Redacted | CEO | 11/13/2017 - 07/24/2018 |
| 29.3 | Frances Dick | Address Redacted | CNO | 08/31/2018 - 01/02/2019 |
| 29.4 | Vanessa Flores | Address Redacted | CNO | 01/01/2012 - 07/19/2018 |
| 29.5 | Soni Helmicki | Address Redacted | Chief Executive Officer | 08/07/2017 - 06/22/2018 |
| 29.6 | Scott Miller | Address Redacted | CFO | 10/03/2016 - 06/26/2018 |
| 29.7 | Niranjan Patel | Address Redacted | Chief Audit Officer | 07/25/2016 - 10/18/2018 |
| 29.8 | Susan Young | Address Redacted | Interim-CEO | 06/02/2014 - 01/18/2019 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing this value |
|---|---|---|---|---|
| 30.1 | See attached SOFA Exhibit 4 | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|

In re  SAS Healthcare, Inc.                                                Case No.   19-40401

**Part 14:**     **Signature and Declaration**

**WARNING**    Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on.     3/11/2019
                 MM / DD / YYYY

_Robert Bradford Oldham_   Printed name   Robert Bradford Oldham
Signature of individual signing on behalf of the debtor

Position or relationship to the debtor     Authorized Signatory

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy*  (Official Form 207) attached?**

☐ No
☑ Yes

# STATEMENT OF FINANCIAL AFFAIRS

### EXHIBIT
### PART 2, QUESTION 3

### CERTAIN PAYMENTS OR TRANSFERS TO CREDITORS
### WITHIN 90 DAYS BEFORE FILING THIS CASE

**SAS Healthcare, Inc.**
**Case No. 19-40401**
**SOFA Exhibit 3. Certain payments or transfers to creditors within 90 days before filing this case.**

| Creditor | Creditor Address | Date | Amount | Reason |
|---|---|---|---|---|
| AFCO | P.O. Box 4795, Carol Stream, IL 60197 | 11/20/2018 | $15,878.44 | Suppliers or Vendors |
| **AFCO Total** | | | **$15,878.44** | |
| Affiliated Electric | 12597 Cajun Dr, Frisco, TX 75035 | 11/13/2018 | $6,495.00 | Suppliers or Vendors |
| **Affiliated Electric Total** | | | **$6,495.00** | |
| AFLAC | 1932 Wynnton Rd, Columbus, GA 31999 | 12/6/2018 | $4,112.18 | Suppliers or Vendors |
| AFLAC | 1932 Wynnton Rd, Columbus, GA 31999 | 12/6/2018 | $3,765.40 | Suppliers or Vendors |
| AFLAC | 1932 Wynnton Rd, Columbus, GA 31999 | 1/25/2019 | $4,105.36 | Suppliers or Vendors |
| AFLAC | 1932 Wynnton Rd, Columbus, GA 31999 | 1/25/2019 | $4,456.68 | Suppliers or Vendors |
| **AFLAC Total** | | | **$16,439.62** | |
| Amazon | P.O. Box 530958, Atlanta, GA 30353 | 11/7/2018 | $7,087.33 | Unsecured Loan Repayment |
| **Amazon Total** | | | **$7,087.33** | |
| Amerisource Bergen | 1300 Morris Drive, Chesterbrook, PA 19087 | 11/13/2018 | $11,123.78 | Suppliers or Vendors |
| Amerisource Bergen | 1300 Morris Drive, Chesterbrook, PA 19087 | 11/26/2018 | $6,278.62 | Suppliers or Vendors |
| Amerisource Bergen | 1300 Morris Drive, Chesterbrook, PA 19087 | 12/10/2018 | $176.94 | Suppliers or Vendors |
| Amerisource Bergen | 1300 Morris Drive, Chesterbrook, PA 19087 | 12/26/2018 | $1,007.48 | Suppliers or Vendors |
| **Amerisource Bergen Total** | | | **$18,586.82** | |
| Ameritas Life Insurance Corp | P.O. Box 81889, Lincoln, NE 68501 | 1/16/2019 | $10,046.66 | Suppliers or Vendors |
| Ameritas Life Insurance Corp | P.O. Box 81889, Lincoln, NE 68501 | 1/25/2019 | $1,546.52 | Suppliers or Vendors |
| Ameritas Life Insurance Corp | P.O. Box 81889, Lincoln, NE 68501 | 1/25/2019 | $1,738.64 | Suppliers or Vendors |
| Ameritas Life Insurance Corp | P.O. Box 81889, Lincoln, NE 68501 | 1/29/2019 | $10,046.66 | Suppliers or Vendors |
| **Ameritas Life Insurance Corp Total** | | | **$23,378.48** | |
| Blair Hopkins RD, LD | 209 N Oak Vista Court, Aledo, TX 76008 | 11/26/2018 | $4,140.00 | Suppliers or Vendors |
| Blair Hopkins RD, LD | 209 N Oak Vista Court, Aledo, TX 76008 | 12/17/2018 | $3,540.00 | Suppliers or Vendors |
| Blair Hopkins RD, LD | 209 N Oak Vista Court, Aledo, TX 76008 | 12/27/2018 | $1,140.00 | Suppliers or Vendors |
| **Blair Hopkins RD, LD Total** | | | **$8,820.00** | |
| Blue Cross Blue Shield - Cobra | P.O. Box 731428, Dallas, TX 75373 | 12/4/2018 | $121,115.81 | Suppliers or Vendors |
| **Blue Cross Blue Shield Total** | | | **$121,115.81** | |
| Bourland, Wall, & Wenzel | 301 Commerce St, 1500, Fort Worth, TX 76102 | 1/23/2019 | $50,477.50 | Services |
| Bourland, Wall, & Wenzel | 301 Commerce St, 1500, Fort Worth, TX 76102 | 1/25/2019 | $3,780.00 | Services |
| Bourland, Wall, & Wenzel | 301 Commerce St, 1500, Fort Worth, TX 76102 | 1/30/2019 | $5,000.00 | Services |
| **Bourland, Wall, & Wenzel Total** | | | **$59,257.50** | |
| Brandi Rougeux | 621 Saddle Ridge Trail, Weatherford, TX 76087 | 12/4/2018 | $6,680.00 | Suppliers or Vendors |
| **Brandi Rougeux Total** | | | **$6,680.00** | |
| Capital One | P.O. Box 30285, Salt Lake City, UT 84130-0287 | 11/5/2018 | $5,000.00 | Unsecured Loan Repayment |
| Capital One | P.O. Box 30285, Salt Lake City, UT 84130-0287 | 11/7/2018 | $5,000.00 | Unsecured Loan Repayment |

| Creditor | Creditor Address | Date | Amount | Reason |
|---|---|---|---|---|
| Capital One | P.O. Box 30285, Salt Lake City, UT 84130-0287 | 11/27/2018 | $5,000.00 | Unsecured Loan Repayment |
| Capital One | P.O. Box 30285, Salt Lake City, UT 84130-0287 | 12/10/2018 | $3,000.00 | Unsecured Loan Repayment |
| Capital One | P.O. Box 30285, Salt Lake City, UT 84130-0287 | 1/14/2019 | $2,000.00 | Unsecured Loan Repayment |
| **Capital One Total** | | | **$20,000.00** | |
| City of Arlington Utility | 7000 US Hwy, Arlington, TX 76001 | 12/3/2018 | $9,791.01 | Suppliers or Vendors |
| City of Arlington Utility | 7000 US Hwy, Arlington, TX 76001 | 1/28/2019 | $9,718.78 | Suppliers or Vendors |
| **City of Arlington Utility Total** | | | **$19,509.79** | |
| City of Garland Utilities | P.O. Box 461508, Garland, TX 75046 | 12/5/2018 | $2,378.03 | Suppliers or Vendors |
| City of Garland Utilities | P.O. Box 461508, Garland, TX 75046 | 12/12/2018 | $1,211.97 | Suppliers or Vendors |
| City of Garland Utilities | P.O. Box 461508, Garland, TX 75046 | 12/12/2018 | $181.02 | Suppliers or Vendors |
| City of Garland Utilities | P.O. Box 461508, Garland, TX 75046 | 12/12/2018 | $787.87 | Suppliers or Vendors |
| City of Garland Utilities | P.O. Box 461508, Garland, TX 75046 | 12/12/2018 | $368.20 | Suppliers or Vendors |
| City of Garland Utilities | P.O. Box 461508, Garland, TX 75046 | 12/12/2018 | $1,937.77 | Suppliers or Vendors |
| City of Garland Utilities | P.O. Box 461508, Garland, TX 75046 | 12/14/2018 | $19,472.73 | Suppliers or Vendors |
| City of Garland Utilities | P.O. Box 461508, Garland, TX 75046 | 1/31/2019 | $13,439.25 | Suppliers or Vendors |
| **City of Garland Utilities Total** | | | **$39,776.84** | |
| Computer Configuration | 3002 Dow Ave , Ste 402, Tustin, CA 92780 | 11/20/2018 | $3,780.00 | Suppliers or Vendors |
| Computer Configuration | 3002 Dow Ave , Ste 402, Tustin, CA 92780 | 12/26/2018 | $3,780.00 | Suppliers or Vendors |
| **Computer Configuration Total** | | | **$7,560.00** | |
| Diversified Protective Group | 821 Evadale, Burleson, TX 76028 | 1/2/2019 | $5,885.50 | Suppliers or Vendors |
| Diversified Protective Group | 821 Evadale, Burleson, TX 76028 | 1/7/2019 | $6,984.03 | Suppliers or Vendors |
| Diversified Protective Group | 821 Evadale, Burleson, TX 76028 | 1/30/2019 | $5,000.00 | Suppliers or Vendors |
| Diversified Protective Group | 821 Evadale, Burleson, TX 76028 | 2/1/2019 | $5,000.00 | Suppliers or Vendors |
| **Diversified Protective Group Total** | | | **$22,869.53** | |
| Double Eagle Advisory | 4641 Wynmeade Park NE, Marietta, GA 30067 | 11/5/2018 | $9,300.00 | Services |
| **Double Eagle Advisory Total** | | | **$9,300.00** | |
| E - Angelica | P.O. Box 532268, Atlanta, GA 30353 | 12/17/2018 | $10,106.83 | Other |
| **E - Angelica Total** | | | **$10,106.83** | |
| eSolutions | WS 165, P. O. Box 414378, Kansas City, MO 64141 | 1/8/2019 | $10,995.06 | Suppliers or Vendors |
| **eSolutions Total** | | | **$10,995.06** | |
| Extreme Imaginations LLC | 2106 W Pioneer Pkwy, Ste 125, Pantego, TX 76013 | 11/13/2018 | $22,120.57 | Suppliers or Vendors |
| Extreme Imaginations LLC | 2106 W Pioneer Pkwy, Ste 125, Pantego, TX 76013 | 11/20/2018 | $194.33 | Suppliers or Vendors |
| Extreme Imaginations LLC | 2106 W Pioneer Pkwy, Ste 125, Pantego, TX 76013 | 11/20/2018 | $13,332.11 | Suppliers or Vendors |
| **Extreme Imaginations LLC Total** | | | **$35,647.01** | |
| Haynes and Boone LLP | 301 Commerce St, 2600, Fort Worth, TX 76102 | 12/17/2018 | $50,000.00 | Services |
| Haynes and Boone LLP | 301 Commerce St, 2600, Fort Worth, TX 76102 | 1/25/2019 | $50,000.00 | Services |
| Haynes and Boone LLP | 301 Commerce St, 2600, Fort Worth, TX 76102 | 1/30/2019 | $5,000.00 | Services |
| **Haynes and Boone LLP Total** | | | **$105,000.00** | |
| HCS | P.O. Box 2430, Farmingdale, NJ 07727 | 12/3/2018 | $5,789.00 | Suppliers or Vendors |

| Creditor | Creditor Address | Date | Amount | Reason |
|---|---|---|---|---|
| HCS | P.O. Box 2430, Farmingdale, NJ 07727 | 12/18/2018 | $1,890.00 | Suppliers or Vendors |
| **HCS Total** | | | **$7,679.00** | |
| Health Care Service Corp BCBS | P.O. Box 731428, Dallas, TX 75373 | 1/4/2019 | $116,654.98 | Suppliers or Vendors |
| Health Care Service Corp BCBS | P.O. Box 731428, Dallas, TX 75373 | 1/28/2019 | $5,738.00 | Suppliers or Vendors |
| **Health Care Service Corp BCBS Total** | | | **$122,392.98** | |
| Hired Hands | P.O. Box 55275, Hurst, TX 76054 | 11/21/2018 | $5,649.25 | Suppliers or Vendors |
| Hired Hands | P.O. Box 55275, Hurst, TX 76054 | 12/28/2018 | $5,649.25 | Suppliers or Vendors |
| **Hired Hands Total** | | | **$11,298.50** | |
| Lease Direct | P.O. Box 41602, Philadelphia, PA 19101-1602 | 12/12/2018 | $8,447.55 | Secured Debt |
| **Lease Direct Total** | | | **$8,447.55** | |
| Logix Communications | P.O. Box 3608, Houston, TX 77253-3608 | 11/20/2018 | $3,146.19 | Suppliers or Vendors |
| Logix Communications | P.O. Box 3608, Houston, TX 77253-3608 | 1/28/2019 | $4,637.43 | Suppliers or Vendors |
| **Logix Communications Total** | | | **$7,783.62** | |
| Medline Industries, Inc | Dept 1080, P.O. Box 121080, Dallas, TX 75312 | 11/27/2018 | $7,841.91 | Suppliers or Vendors |
| Medline Industries, Inc | Dept 1080, P.O. Box 121080, Dallas, TX 75312 | 12/11/2018 | $7,500.00 | Suppliers or Vendors |
| **Medline Industries, Inc Total** | | | **$15,341.91** | |
| Microsoft Corporation | One Microsoft Way, Redmond, WA 98052-6399 | 11/19/2018 | $1,581.24 | Suppliers or Vendors |
| Microsoft Corporation | One Microsoft Way, Redmond, WA 98052-6399 | 11/19/2018 | $19.45 | Suppliers or Vendors |
| Microsoft Corporation | One Microsoft Way, Redmond, WA 98052-6399 | 11/19/2018 | $1,611.96 | Suppliers or Vendors |
| Microsoft Corporation | One Microsoft Way, Redmond, WA 98052-6399 | 11/19/2018 | $117.04 | Suppliers or Vendors |
| Microsoft Corporation | One Microsoft Way, Redmond, WA 98052-6399 | 12/17/2018 | $1,627.51 | Suppliers or Vendors |
| Microsoft Corporation | One Microsoft Way, Redmond, WA 98052-6399 | 12/17/2018 | $117.04 | Suppliers or Vendors |
| Microsoft Corporation | One Microsoft Way, Redmond, WA 98052-6399 | 12/17/2018 | $19.45 | Suppliers or Vendors |
| Microsoft Corporation | One Microsoft Way, Redmond, WA 98052-6399 | 12/17/2018 | $1,589.41 | Suppliers or Vendors |
| Microsoft Corporation | One Microsoft Way, Redmond, WA 98052-6399 | 1/16/2019 | $1,606.22 | Suppliers or Vendors |
| Microsoft Corporation | One Microsoft Way, Redmond, WA 98052-6399 | 1/16/2019 | $5.84 | Suppliers or Vendors |
| Microsoft Corporation | One Microsoft Way, Redmond, WA 98052-6399 | 1/16/2019 | $164.16 | Suppliers or Vendors |
| **Microsoft Total** | | | **$8,459.32** | |
| MOB Home Solutions | 5119 Alcott, Dallas, TX 75206 | 11/9/2018 | $300,000.00 | Suppliers or Vendors |
| MOB Home Solutions | 5119 Alcott, Dallas, TX 75206 | 11/9/2018 | $143,250.00 | Suppliers or Vendors |
| MOB Home Solutions | 5119 Alcott, Dallas, TX 75206 | 11/29/2018 | $49,250.00 | Suppliers or Vendors |
| **MOB Home Solutions Total** | | | **$492,500.00** | |
| Omni Management Group | 5955 De Soto Ave, Ste 100, Woodland Hills, CA 91367 | 1/25/2019 | $5,000.00 | Services |
| Omni Management Group | 5955 De Soto Ave, Ste 100, Woodland Hills, CA 91367 | 1/31/2019 | $5,000.00 | Services |
| **Omni Management Total** | | | **$10,000.00** | |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 11/8/2018 | $357,133.49 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 11/8/2018 | $419,170.99 | Suppliers or Vendors |
| Paycom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 11/21/2018 | $329,259.38 | Suppliers or Vendors |
| Paycom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 11/21/2018 | $398,243.01 | Suppliers or Vendors |

Page 3 of 5

| Creditor | Creditor Address | Date | Amount | Reason |
|---|---|---|---|---|
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 12/6/2018 | $276,687.78 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 12/6/2018 | $305,361.94 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 12/20/2018 | $107,775.05 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 12/20/2018 | $155,045.80 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 12/28/2018 | $7,528.50 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 12/28/2018 | $26,252.32 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 12/31/2018 | $1,032.66 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 12/31/2018 | $1,160.75 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 1/3/2019 | $24,330.66 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 1/3/2019 | $79,287.37 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 1/17/2019 | $25,116.38 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 1/17/2019 | $70,171.34 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 1/24/2019 | $38.77 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 1/25/2019 | $19,788.10 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 1/25/2019 | $27,525.74 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 1/28/2019 | $4,688.70 | Suppliers or Vendors |
| PayCom | 7501 W Memorial Rd., Oklahoma City, OK 73142 | 1/28/2019 | $8,230.61 | Suppliers or Vendors |
| **PayCom Total** | | | **$2,643,829.34** | |
| Phoenix Management Services | 110 Commons Court, Chadds Ford, PA 19317 | 12/21/2018 | $25,000.00 | Services |
| Phoenix Management Services | 110 Commons Court, Chadds Ford, PA 19317 | 12/31/2018 | $2,029.88 | Services |
| Phoenix Management Services | 110 Commons Court, Chadds Ford, PA 19317 | 1/7/2019 | $23,858.76 | Services |
| Phoenix Management Services | 110 Commons Court, Chadds Ford, PA 19317 | 1/11/2019 | $16,063.27 | Services |
| Phoenix Management Services | 110 Commons Court, Chadds Ford, PA 19317 | 1/18/2019 | $34,471.80 | Services |
| Phoenix Management Services | 110 Commons Court, Chadds Ford, PA 19317 | 1/25/2019 | $19,935.41 | Services |
| Phoenix Management Services | 110 Commons Court, Chadds Ford, PA 19317 | 1/28/2019 | $31,756.25 | Services |
| Phoenix Management Services | 110 Commons Court, Chadds Ford, PA 19317 | 1/29/2019 | $4,060.00 | Services |
| Phoenix Management Services | 110 Commons Court, Chadds Ford, PA 19317 | 1/30/2019 | $4,830.00 | Services |
| **Phoenix Management Services Total** | | | **$162,005.37** | |
| Psych Now, LLC | 2710 Sunset Strip, Ste C, Greenville, TX 75402 | 12/24/2018 | $9,603.00 | Suppliers or Vendors |
| **Psych Now, LLC Total** | | | **$9,603.00** | |
| Raymond James and Associates | 277 Park Avenue, 4th Floor, New York, NY 10172 | 12/21/2018 | $50,000.00 | Services |
| **Raymond James and Associates Total** | | | **$50,000.00** | |
| Redi Answer, LLC | 3711 Briarpark Dr, Ste 202, Houston, TX 77042 | 12/12/2018 | $25,536.96 | Suppliers or Vendors |
| **Redi Answer, LLC Total** | | | **$25,536.96** | |
| Safesite, Inc. | 9505 Johnny Morris Rd, Austin, TX 78724 | 11/23/2018 | $25.00 | Suppliers or Vendors |
| Safesite, Inc. | 9505 Johnny Morris Rd, Austin, TX 78724 | 12/20/2018 | $7,748.50 | Suppliers or Vendors |
| **Safesite, Inc. Total** | | | **$7,773.50** | |
| Scott Blakley | 1113 Brook Arbor Dr, Mansfield, TX 76063 | 12/7/2018 | $11,250.00 | Services |
| **Scott Blakley Total** | | | **$11,250.00** | |

Page 4 of 5

| Creditor | Creditor Address | Date | Amount | Reason |
|---|---|---|---|---|
| Sodexo, Inc | P.O. Box 360170, Pittsburgh, PA 15251 | 11/16/2018 | $57,009.37 | Suppliers or Vendors |
| **Sodexo, Inc Total** | | | **$57,009.37** | |
| Southside Bank | P.O. Box 1079, Tyler, TX 75710 | 12/3/2018 | $8,572.02 | Secured Debt |
| Southside Bank | P.O. Box 1079, Tyler, TX 75710 | 1/2/2019 | $8,572.02 | Secured Debt |
| **Southside Bank Total** | | | **$17,144.04** | |
| Technifax | 14202 Proton Rd, Dallas, TX 75244 | 11/19/2018 | $13,068.81 | Suppliers or Vendors |
| **Technifax Total** | | | **$13,068.81** | |
| TIAA Bank | P.O. Box 911608, Denver, CO 80291 | 12/19/2018 | $25,140.27 | Secured Debt |
| **TIAA Bank Total** | | | **$25,140.27** | |
| USR/Cirro Energy | 2745 Dallas Pkwy #200, Plano, TX 75093 | 11/21/2018 | $7,298.69 | Suppliers or Vendors |
| USR/Cirro Energy | 2745 Dallas Pkwy #200, Plano, TX 75093 | 12/21/2018 | $9,392.42 | Suppliers or Vendors |
| USR/Cirro Energy | 2745 Dallas Pkwy #200, Plano, TX 75093 | 1/29/2019 | $10,804.48 | Suppliers or Vendors |
| USR/Cirro Energy | 2745 Dallas Pkwy #200, Plano, TX 75093 | 1/29/2019 | $1.00 | Suppliers or Vendors |
| **USR Electric Total** | | | **$27,496.59** | |
| Varghese Summersett PLLC | 300 Throckmorton, Ste 1650, Fort Worth, TX 76102 | 1/3/2019 | $12,685.00 | Services |
| **Varghese Summersett PLLC Total** | | | **$12,685.00** | |
| Viyu Network Solutions | 401 International Pkwy, 100, Richardson, TX 75081 | 11/15/2018 | $6,955.99 | Suppliers or Vendors |
| Viyu Network Solutions | 401 International Pkwy, 100, Richardson, TX 75081 | 12/5/2018 | $17,010.41 | Suppliers or Vendors |
| Viyu Network Solutions | 401 International Pkwy, 100, Richardson, TX 75081 | 1/24/2019 | $5,099.87 | Suppliers or Vendors |
| Viyu Network Solutions | 401 International Pkwy, 100, Richardson, TX 75081 | 2/15/2019 | $5,099.88 | Suppliers or Vendors |
| **Viyu Network Solutions Total** | | | **$34,166.15** | |
| Whitley Penn LLC | 1400 West 7th St, Ste 400, Fort Worth, TX 76102 | 11/19/2018 | $4,777.22 | Services |
| Whitley Penn LLC | 1400 West 7th St, Ste 400, Fort Worth, TX 76102 | 1/14/2019 | $16,565.05 | Services |
| Whitley Penn LLC | 1400 West 7th St, Ste 400, Fort Worth, TX 76102 | 1/28/2019 | $15,000.00 | Services |
| Whitley Penn LLC | 1400 West 7th St, Ste 400, Fort Worth, TX 76102 | 1/29/2019 | $13,455.00 | Services |
| **Whitley Penn LLC Total** | | | **$49,797.27** | |
| **Grand Total** | | | **$4,394,912.61** | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 2, QUESTION 4

## PAYMENTS OR OTHER TRANSFERS OF PROPERTY MADE WITHIN 1 YEAR BEFORE FILING THIS CASE THAT BENEFITTED ANY INSIDER

**SAS Healthcare, Inc.**
**Case No. 19-40401**
**SOFA Exhibit 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Name | Title | Address | Amount | Date | Reason |
|---|---|---|---|---|---|
| Kinshore Sunkara, M.D. | Member | Address Redacted | $1,795.65 | 7/12/2018 | Auction Furniture Arlington |
| **Kinshore Sunkara, M.D. Total** | | | **$1,795.65** | | |
| P. Raju Indukuri, M.D. | Member | Address Redacted | $900.00 | 4/13/2018 | March Inclusives |
| P. Raju Indukuri, M.D. | Member | Address Redacted | $1,000.00 | 7/20/2018 | Inclusives |
| P. Raju Indukuri, M.D. | Member | Address Redacted | $29,667.32 | 9/30/2018 | Paid Back Ciera Loan |
| P. Raju Indukuri, M.D. | Member | Address Redacted | $2,266.30 | 11/28/2018 | Reimburse from Innovative Auto Payment |
| **P. Raju Indukuri, M.D. Total** | | | **$33,733.62** | | |
| Scott Blakley | Group CEO | Address Redacted | $6,278.79 | 2/2/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $6,262.54 | 2/16/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $738.91 | 3/2/2018 | Dec 2017 & Jan 2018 Mileage |
| Scott Blakley | Group CEO | Address Redacted | $95.78 | 3/2/2018 | Dec 2017 & Jan 2018 Meals |
| Scott Blakley | Group CEO | Address Redacted | $137.84 | 3/2/2018 | Dec 2017 & Jan 2018 Expenses |
| Scott Blakley | Group CEO | Address Redacted | $6,278.79 | 3/2/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $516.87 | 3/7/2018 | Jan & Feb 2018 Mileage |
| Scott Blakley | Group CEO | Address Redacted | $35.81 | 3/7/2018 | Jan & Feb 2018 Meals |
| Scott Blakley | Group CEO | Address Redacted | $192.98 | 3/7/2018 | Jan & Feb 2018 Expenses |
| Scott Blakley | Group CEO | Address Redacted | $6,215.10 | 3/16/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $6,652.32 | 3/30/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $6,245.53 | 4/13/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $6,249.28 | 4/27/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $6,211.35 | 5/11/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $888.16 | 5/18/2018 | March, April, May 2018 Mileage |
| Scott Blakley | Group CEO | Address Redacted | $13.41 | 5/18/2018 | March, April May 2018 Meals |
| Scott Blakley | Group CEO | Address Redacted | $250.09 | 5/18/2018 | March, April, May 2018 Expenses |
| Scott Blakley | Group CEO | Address Redacted | $6,215.10 | 5/25/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $6,737.13 | 6/8/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $6,740.88 | 6/22/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $6,737.13 | 7/6/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $85.76 | 7/20/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $6,096.81 | 7/20/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $7,884.34 | 8/3/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $7,285.45 | 8/17/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $25,000.00 | 8/24/2018 | Reimbursement of Attorney Fees |
| Scott Blakley | Group CEO | Address Redacted | $824.05 | 8/31/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $7,715.05 | 8/31/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $889.81 | 9/14/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $8,408.52 | 9/14/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $7,285.45 | 9/28/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $7,281.70 | 10/12/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $3,426.00 | 10/24/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $7,059.83 | 10/24/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $8,061.43 | 10/26/2018 | Payroll |
| Scott Blakley | Group CEO | Address Redacted | $11,250.00 | 11/29/2018 | Consulting Fee |
| **Scott Blakley Total** | | | **$188,247.99** | | |
| Dawne Buckley | CEO | Address Redacted | $4,531.17 | 3/16/2018 | Payroll |
| Dawne Buckley | CEO | Address Redacted | $4,267.95 | 3/30/2018 | Payroll |
| Dawne Buckley | CEO | Address Redacted | $4,267.95 | 4/13/2018 | Payroll |
| Dawne Buckley | CEO | Address Redacted | $4,267.95 | 4/27/2018 | Payroll |
| Dawne Buckley | CEO | Address Redacted | $4,267.95 | 5/11/2018 | Payroll |
| Dawne Buckley | CEO | Address Redacted | $4,267.95 | 5/25/2018 | Payroll |
| Dawne Buckley | CEO | Address Redacted | $4,267.95 | 6/8/2018 | Payroll |

**SAS Healthcare, Inc.**
**Case No. 19-40401**
**SOFA Exhibit 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Name | Title | Amount | Address | Date | Reason |
|------|-------|--------|---------|------|--------|
| Dawne Buckley | CEO | $4,577.68 | Address Redacted | 6/22/2018 | Payroll |
| Dawne Buckley | CEO | $4,267.95 | Address Redacted | 7/6/2018 | Payroll |
| Dawne Buckley | CEO | $4,538.97 | Address Redacted | 7/6/2018 | Payroll |
| Dawne Buckley | CEO | $177.32 | Address Redacted | 7/20/2018 | Payroll |
| Dawne Buckley | CEO | $4,538.97 | Address Redacted | 8/3/2018 | Payroll |
| Dawne Buckley | CEO | $4,944.83 | Address Redacted | 8/17/2018 | Payroll |
| **Dawne Buckley Total** | | **$53,184.59** | | | |
| Frances Dick | Chief Nursing Officer | $3,491.76 | Address Redacted | 9/28/2018 | Payroll |
| Frances Dick | Chief Nursing Officer | $3,491.76 | Address Redacted | 10/12/2018 | Payroll |
| Frances Dick | Chief Nursing Officer | $3,491.76 | Address Redacted | 10/26/2018 | Payroll |
| Frances Dick | Chief Nursing Officer | $3,491.76 | Address Redacted | 11/9/2018 | Payroll |
| Frances Dick | Chief Nursing Officer | $3,491.76 | Address Redacted | 11/23/2018 | Payroll |
| Frances Dick | Chief Nursing Officer | $2,890.16 | Address Redacted | 12/7/2018 | Payroll |
| Frances Dick | Chief Nursing Officer | $2,890.16 | Address Redacted | 12/21/2018 | Payroll |
| Frances Dick | Chief Nursing Officer | $6,745.96 | Address Redacted | 1/29/2019 | Final Check and PTO |
| **Frances Dick Total** | | **$29,985.08** | | | |
| Vanessa Flores | Chief Nursing Officer | $3,353.58 | Address Redacted | 2/16/2018 | Payroll |
| Vanessa Flores | Chief Nursing Officer | $3,521.72 | Address Redacted | 3/2/2018 | Payroll |
| Vanessa Flores | Chief Nursing Officer | $3,269.51 | Address Redacted | 3/16/2018 | Payroll |
| Vanessa Flores | Chief Nursing Officer | $3,521.72 | Address Redacted | 3/30/2018 | Payroll |
| Vanessa Flores | Chief Nursing Officer | $3,269.51 | Address Redacted | 4/13/2018 | Payroll |
| Vanessa Flores | Chief Nursing Officer | $3,269.51 | Address Redacted | 4/27/2018 | Payroll |
| Vanessa Flores | Chief Nursing Officer | $3,269.51 | Address Redacted | 5/11/2018 | Payroll |
| Vanessa Flores | Chief Nursing Officer | $402.50 | Address Redacted | 5/21/2018 | Payroll |
| Vanessa Flores | Chief Nursing Officer | $3,269.51 | Address Redacted | 5/25/2018 | Nurse Week Reimbursement |
| Vanessa Flores | Chief Nursing Officer | $3,269.51 | Address Redacted | 6/8/2018 | Payroll |
| Vanessa Flores | Chief Nursing Officer | $3,269.51 | Address Redacted | 6/22/2018 | Payroll |
| Vanessa Flores | Chief Nursing Officer | $3,269.51 | Address Redacted | 7/6/2018 | Payroll |
| Vanessa Flores | Chief Nursing Officer | $3,339.75 | Address Redacted | 7/20/2018 | Payroll |
| Vanessa Flores | Chief Nursing Officer | $3,125.20 | Address Redacted | 8/3/2018 | Payroll |
| **Vanessa Flores Total** | | **$43,420.55** | | | |
| Andrew Hardin | CEO | $5,139.21 | Address Redacted | 8/17/2018 | Payroll |
| Andrew Hardin | CEO | $5,546.21 | Address Redacted | 8/31/2018 | Payroll |
| Andrew Hardin | CEO | $5,139.21 | Address Redacted | 9/14/2018 | Payroll |
| Andrew Hardin | CEO | $5,139.21 | Address Redacted | 9/28/2018 | Payroll |
| Andrew Hardin | CEO | $5,139.21 | Address Redacted | 10/12/2018 | Payroll |
| Andrew Hardin | CEO | $5,814.54 | Address Redacted | 10/26/2018 | Payroll |
| Andrew Hardin | CEO | $5,814.54 | Address Redacted | 11/9/2018 | Payroll |
| Andrew Hardin | CEO | $5,814.54 | Address Redacted | 11/23/2018 | Payroll |
| Andrew Hardin | CEO | $5,814.54 | Address Redacted | 12/7/2018 | Payroll |
| Andrew Hardin | CEO | $5,814.54 | Address Redacted | 12/21/2018 | Payroll |
| Andrew Hardin | CEO | $5,825.69 | Address Redacted | 1/4/2019 | Payroll |
| Andrew Hardin | CEO | $5,825.69 | Address Redacted | 1/18/2019 | Payroll |
| Andrew Hardin | CEO | $5,825.69 | Address Redacted | 1/30/2019 | Payroll |
| **Andrew Hardin Total** | | **$72,652.82** | | | |
| Soni Helmicki | CEO | $4,458.15 | Address Redacted | 2/16/2018 | Payroll |
| Soni Helmicki | CEO | $3,622.46 | Address Redacted | 3/2/2018 | Payroll |
| Soni Helmicki | CEO | $3,663.48 | Address Redacted | 3/16/2018 | Payroll |
| Soni Helmicki | CEO | $3,927.58 | Address Redacted | 3/30/2018 | Payroll |
| Soni Helmicki | CEO | $3,663.48 | Address Redacted | 4/13/2018 | Payroll |
| Soni Helmicki | CEO | $3,687.64 | Address Redacted | 4/27/2018 | Payroll |

**SAS Healthcare, Inc.**
**Case No. 19-40401**
**SOFA Exhibit 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Name | Title | Amount | Date | Address | Reason |
|---|---|---|---|---|---|
| Soni Helmicki | CEO | $3,663.48 | 5/11/2018 | Address Redacted | Payroll |
| Soni Helmicki | CEO | $3,663.48 | 5/25/2018 | Address Redacted | Payroll |
| Soni Helmicki | CEO | $3,663.48 | 6/8/2018 | Address Redacted | Payroll |
| Soni Helmicki | CEO | $3,663.48 | 6/22/2018 | Address Redacted | Payroll |
| Soni Helmicki | CEO | $4,015.23 | 7/6/2018 | Address Redacted | Payroll |
| **Soni Helmicki Total** | | **$41,691.94** | | | |
| Scott Miller | CFO | $4,026.74 | 3/16/2018 | Address Redacted | Payroll |
| Scott Miller | CFO | $4,026.74 | 3/30/2018 | Address Redacted | Payroll |
| Scott Miller | CFO | $4,026.74 | 4/13/2018 | Address Redacted | Payroll |
| Scott Miller | CFO | $4,026.74 | 4/27/2018 | Address Redacted | Payroll |
| Scott Miller | CFO | $4,408.83 | 5/11/2018 | Address Redacted | Payroll |
| Scott Miller | CFO | $4,408.83 | 5/25/2018 | Address Redacted | Payroll |
| Scott Miller | CFO | $4,103.71 | 6/8/2018 | Address Redacted | Payroll |
| Scott Miller | CFO | $4,103.71 | 6/22/2018 | Address Redacted | Payroll |
| Scott Miller | CFO | $4,103.71 | 7/6/2018 | Address Redacted | Payroll |
| Scott Miller | CFO | $4,103.71 | 7/20/2018 | Address Redacted | Payroll |
| **Scott Miller Total** | | **$41,339.46** | | | |
| Niranjan Patel | Chief Audit Officer | $1,440.20 | 2/2/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,372.72 | 2/16/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $841.88 | 3/2/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,325.96 | 3/16/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,308.73 | 3/30/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,468.84 | 4/13/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,459.70 | 4/27/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,428.88 | 5/11/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,431.37 | 5/25/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,400.80 | 6/8/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,651.87 | 6/22/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,864.45 | 7/6/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $422.98 | 7/20/2018 | Address Redacted | Manual Payroll |
| Niranjan Patel | Chief Audit Officer | $1,244.16 | 7/20/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $966.23 | 8/3/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,114.46 | 8/17/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $659.77 | 8/31/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,366.31 | 9/14/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,553.72 | 9/28/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,477.10 | 10/12/2018 | Address Redacted | Final Payroll Check |
| Niranjan Patel | Chief Audit Officer | $1,332.54 | 10/23/2018 | Address Redacted | Gas for Vans |
| Niranjan Patel | Chief Audit Officer | $290.00 | 10/24/2018 | Address Redacted | Payroll |
| Niranjan Patel | Chief Audit Officer | $1,332.54 | 11/9/2018 | Address Redacted | Expense Reimbursement |
| Niranjan Patel | Chief Audit Officer | $436.53 | 12/10/2018 | Address Redacted | |
| **Niranjan Patel Total** | | **$29,191.74** | | | |
| Susan Young | Interim - CEO | $5,792.31 | 9/14/2018 | Address Redacted | Payroll |
| Susan Young | Interim - CEO | $5,792.31 | 9/28/2018 | Address Redacted | Payroll |
| Susan Young | Interim - CEO | $5,792.31 | 10/12/2018 | Address Redacted | Payroll |
| Susan Young | Interim - CEO | $5,792.31 | 10/26/2018 | Address Redacted | Payroll |
| Susan Young | Interim - CEO | $5,792.31 | 11/9/2018 | Address Redacted | Payroll |
| Susan Young | Interim - CEO | $5,792.31 | 11/23/2018 | Address Redacted | Payroll |
| Susan Young | Interim - CEO | $5,774.00 | 12/7/2018 | Address Redacted | Payroll |
| Susan Young | Interim - CEO | $5,774.00 | 12/21/2018 | Address Redacted | Payroll |
| Susan Young | Interim - CEO | $5,786.53 | 1/4/2019 | Address Redacted | Payroll |

**SAS Healthcare, Inc.**
**Case No. 19-40401**
**SOFA Exhibit 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Name | Title | Address | Amount | Date | Reason |
|---|---|---|---|---|---|
| Susan Young | Interim – CEO | Address Redacted | $5,786.53 | 1/18/2019 | Payroll |
| Susan Young | Interim – CEO | Address Redacted | $9,780.36 | 1/28/2019 | Payroll |
| **Susan Young Total** | | | **$67,655.28** | | |
| RCR Healthcare, LLC | Debtor | | $82,000.00 | 11/15/2018 | Secured Debt Payment |
| RCR Healthcare, LLC | Debtor | | $82,000.00 | 12/5/2018 | Secured Debt Payment |
| RCR Healthcare, LLC | Debtor | | $82,000.00 | 12/17/2018 | Secured Debt Payment |
| **RCR Healthcare, LLC Total** | | | **$246,000.00** | | |
| **Grand Total** | | | **$848,898.72** | | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 3, QUESTION 7

## LEGAL ACTIONS, ADMINISTRATIVE PROCEEDINGS, COURT ACTIONS, EXECUTIONS, ATTACHEMENTS, OR GOVERNMENTAL AUDITS

**SAS Healthcare, Inc.**
**Case No. 19-40401**
**SOFA Exhibit 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits.**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Andrea Chandler vs. SAS Healthcare, Inc. | Employee injury | | Pending | 219945 |
| Name Redacted vs. SAS Healthcare, Inc. | Medical records request | | Pending | KY19K2019600 |
| Betty Omorogbe vs. SAS Healthcare, Inc. | Employee injury | | Pending | 221420 |
| Charles Uzochukwu vs. SAS Healthcare, Inc. | Employee injury | | Pending | 221094 |
| Name Redacted vs. SAS Healthcare, Inc. | Wrongful conduct resulting in Injury | | Pending | KY18K223046X |
| Courtney Hollis vs. SAS Healthcare, Inc. | Employee injury | | Pending | 221333 |
| Name Redacted vs. SAS Healthcare, Inc. | Alleged wrongful detention | | Pending | KY19K2009986 |
| Name Redacted vs. SAS Healthcare, Inc. | Tarrant County grand jury indictment | | Pending | KY18K2414500 |
| Deneshalon Taylor vs. SAS Healthcare, Inc. | Employee injury | | Pending | 221467 |
| Eco Medical vs. SAS Healthcare, Inc. | | | Pending | KY17K2017972 |
| Name Redacted vs. SAS Healthcare, Inc. | Alleged physical abuse by staff | | Pending | KY18K2595483 |
| Franklina Asabere vs. SAS Healthcare, Inc. | Employee injury | | Pending | 221622 |

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Gloria Colley vs. SAS Healthcare, Inc. | Employee injury | | Pending | 221162 |
| Name Redacted vs. SAS Healthcare, Inc. | Negligent treatment (attempted suicide) | | Pending | KY17K2049520 |
| Name Redacted vs. SAS Healthcare, Inc. | Fatality (incident only) | | Pending | KY18K2193565 |
| Hunter Lewis vs. SAS Healthcare, Inc. | Employee injury | | Pending | 220508 |
| Name Redacted vs. SAS Healthcare, Inc. | Negligent treatement | | Pending | KY17K231868X |
| Name Redacted vs. SAS Healthcare, Inc. | Negligent treatment | | Pending | KY17K2018951 |
| Judy Johnson vs. SAS Healthcare, Inc. | Employee injury | | Pending | 220146 |
| Katrina Crownover vs. SAS Healthcare, Inc. | Employee injury | | Pending | 221617 |
| Name Redacted vs. SAS Healthcare, Inc. | Unlawful detention/commitment | | Pending | KY18K2568797 |
| Lenoard Ngwa vs. SAS Healthcare, Inc. | Employee injury | | Pending | 221650 |
| Name Redacted vs. SAS Healthcare, Inc. | Discrimination race/gender | | Pending | KY18K2622598 |
| Lenore Johnson vs. SAS Healthcare, Inc. | Employee injury | | Pending | 220113 |
| Lisa Hill vs. SAS Healthcare, Inc. | Employee injury | | Pending | 218963 |
| Molly Muniz vs. SAS Healthcare, Inc. | Employee injury | | Pending | 221341 |

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Name Redacted vs. SAS Healthcare, Inc. | Altercation between two patients | | Pending | KY17K2013781 |
| Paula Peck vs. SAS Healthcare, Inc. | Employee injury | | Pending | 220863 |
| Name Redacted vs. SAS Healthcare, Inc. | Vehicle burglarized | | Pending | KY17K2104421 |
| Name Redacted vs. SAS Healthcare, Inc. | Injuries caused by car accident | District Court, Tarrant County, Texas 100 N Calhoun, Fort Worth, TX 76196-0402 | Pending | Cause No. 141-306432-19 |
| Name Redacted vs. SAS Healthcare, Inc. | Unlawful detention | | Pending | KY18K2052633 |
| State of Texas v. SAS Healthcare, Inc., DBA Sundance Hospital | Violation of the Texas Mental Health Code under Texas Health and Safety Code 571.020 | Criminal District Court Number Two Tim Curry Justice Center 400 W. Belknap, 6th Fl Fort Worth, Texas 76196 | Pending | 1570198 |
| State of Texas v. SAS Healthcare, Inc., DBA Sundance Hospital | Violation of the Texas Mental Health Code under Texas Health and Safety Code 571.020 | Criminal District Court Number Two Tim Curry Justice Center 400 W. Belknap, 6th Fl Fort Worth, Texas 76196 | Pending | 1574188 |
| Stefanie Dawson vs. SAS Healthcare, Inc. | Employee injury | | Pending | 221174 |
| Tasha Jackson vs. SAS Healthcare, Inc. | Employee injury | | Pending | 221627 |
| Traci L. Johnson vs. SAS Healthcare, Inc. | Employee injury | | Pending | 212056 |
| Name Redacted vs. SAS Healthcare, Inc. | Records request/notice of claim | | Pending | |
| Name Redacted vs. SAS Healthcare, Inc. | Incident only (suicide) | | Pending | KY18K254110X |
| Name Redacted vs. SAS Healthcare, Inc. | Wrongful conduct resulting in Injury | | Pending | KY18K2162347 |