**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 19-40401-mxm7 | | Trustee Name: | Laurie Dahl Rea |
| Case Name: | SAS HEALTHCARE, INC. | | Date Filed (f) or Converted (c): | 01/29/2020 (c) |
| For the Period Ending: | 4/20/2022 | | §341(a) Meeting Date: | 03/24/2020 |
| | | | Claims Bar Date: | 08/31/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Imported incorrectly. | | | | | |
| 2 | Operating Account at Chase, xxxxxx5130 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor filed 1019 schedule on 5/26/20, see Docket No. 330 in 19-40401, updating this asset. Brad Oldham testified about it at 341 meeting. This account had negative $60.00 at conversion. | | | | | |
| 3 | Payroll Account at Chase, xxxxxx5205 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor filed 1019 schedule on 5/26/20, see Docket No. 330 in 19-40401, updating this asset. Brad Oldham testified about it at 341 meeting. This account held $0 at conversion. | | | | | |
| 4 | Savings Account at Chase, xxxxxx5161 | $0.03 | $0.03 | | $0.00 | FA |
| **Asset Notes:** | Debtor filed 1019 schedule on 5/26/20, see Docket No. 330 in 19-40401, updating this asset. Brad Oldham testified about it at 341 meeting. This account had 3 cents at conversion. Too small to administer. | | | | | |
| 5 | DIP Operating Account at Chase, xxxxxx7229 | $146,548.18 | $146,522.98 | | $146,522.98 | FA |
| **Asset Notes:** | Debtor filed 1019 schedule on 5/26/20, see Docket No. 330 in 19-40401, updating this asset. Brad Oldham testified about it at 341 meeting. Received these funds ($146,522.98) on 3/5/20 at East West Bank trustee account, moved to new trustee account at Independent Bank on 3/25/20. Substantially all assets used in business sold per order at Docket 190 dated 3/29/19. See sale motion (Docket 67) and APA (Docket 59). Cash and A/R not sold. | | | | | |
| 6 | Prof. Fees Account at Chase, xxxxxx7211 | $169,180.70 | $169,180.70 | | $169,180.70 | FA |
| **Asset Notes:** | Debtor filed 1019 schedule on 5/26/20, see Docket No. 330 in 19-40401, updating this asset. Brad Oldham testified about it at 341 meeting. Received these funds on 3/5/20 in East West Bank trustee account and moved to new trustee account at Independent Bank on 3/25/20. Substantially all assets used in business sold per order at Docket 190 dated 3/29/19. See sale motion (Docket 67) and APA (Docket 59). Cash and A/R not sold. | | | | | |
| 7 | Mortgage Account at Chase, xxxxxx5213 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor filed 1019 schedule on 5/26/20, see Docket No. 330 in 19-40401, updating this asset. Brad Oldham testified about it at 341 meeting. At the time of conversion this account contained $0. | | | | | |
| 8 | Mortgage Account at Southside, xxxxxx4272 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor filed 1019 schedule on 5/26/20, see Docket No. 330 in 19-40401, updating this asset. Brad Oldham testified about it at 341 meeting. At conversion this account has negative $8.51. Per 341 record Southside lien paid in full at closing of sale. Sale order at Docket 190, paragraph 13 allows payment of Southside undisputed secured claim. | | | | | |
| 9 | Operating Account at Wells Fargo, xxxxxx4297 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor filed 1019 schedule on 5/26/20, see Docket No. 330 in 19-40401, updating this asset. Brad Oldham testified about it at 341 meeting. At conversion, this account had $0. | | | | | |
| 10 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Imported incorrectly. | | | | | |
| 11 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Imported incorrectly. | | | | | |
| 12 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Imported incorrectly. | | | | | |

FORM 1

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 19-40401-mxm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | SAS HEALTHCARE, INC. | Date Filed (f) or Converted (c): | 01/29/2020 (c) |
| For the Period Ending: | 4/20/2022 | §341(a) Meeting Date: | 03/24/2020 |
| | | Claims Bar Date: | 08/31/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13  VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Imported incorrectly. | | | | | |
| 14  VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Imported incorrectly. | | | | | |
| 15  VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Imported incorrectly. | | | | | |
| 16  VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Imported incorrectly. | | | | | |
| 17  VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Imported incorrectly. | | | | | |
| 18  VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Imported incorrectly. | | | | | |
| 19  VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Imported incorrectly. | | | | | |
| 20  VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Imported incorrectly. | | | | | |
| 21  VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Imported incorrectly. | | | | | |
| 22  VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Imported incorrectly. | | | | | |
| 23  Refund checks from various payors | $4,966.14 | Unknown | | $14,406.92 | FA |
| Asset Notes: At the time of conversion, the debtor held three checks: $11.28 from Inmar Rx Solutions; $4,864.86 from Humana Tricare; and $90 from BCBS of Texas. These were not sold to buyer. See Docket No. 330 filed on 5/26/20. These three checks deposited into estate bank account on 2/18/20 (East West Bank, then moved to new Trustee bank account at Independent Bank on 3/25/20). Since then other refunds unknown at the time of conversion have been deposited in this account. | | | | | |
| 24  Preferential Transfer Suits Filed by Trustee (u) | $0.00 | $97,118.95 | | $38,746.29 | FA |
| Asset Notes: The trustee filed 7 preferential transfer suit: 1. Synchrony Bank - Adv. Case No. 21-4001 - Adv. dismissed 5/4/21.   Sued for $7,087.33, but later determined the debtor's records did not support the claim and dismissed AP. 2. Angelica - Adv. Case No. 21-4002 - Sued for $10,106.83, Settled for $5,000.00, Adv. Dismissed 5/4/2021 3. Capital One Financial - Adv. Case No. 21-4003 - Sued for $20,000.00, Settled for $14,000 - Adv. Dismissed 6/8/2021 4. eSolutions - Adv. Case No. 21-4004 - Sued for $10,995.06, Settled for $8,246.29 - payment rec'd 7/22/2021, Adv. Dismissed 8/23/2021 5. De Lage Landen Financial Services d/b/a NDS Leasing - Adv. Case No. 21-4005 - Sued for $8,447.55, Settled for $3,500.00 - Adv. Dismissed 6/8/2021 6. Medline Industries, Inc. - Adv. Case No. 21-4006 - Sued for $15,341.91, Settled for $3,500.00 - payment rec'd 7/06/2021, Adv. Dismissed 8/23/2021 | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3

| Case No.: | 19-40401-mxm7 | | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|---|
| Case Name: | SAS HEALTHCARE, INC. | | Date Filed (f) or Converted (c): | 01/29/2020 (c) |
| For the Period Ending: | 4/20/2022 | | §341(a) Meeting Date: | 03/24/2020 |
| | | | Claims Bar Date: | 08/31/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | 7. TIAA - Adv. Case No. 21-4007 - Sued for $25,140.27, Settled for $4,500.00 - payment rec'd 11/23/2021, Adv. Dismissed 11/23/2021 | | | | | |
| **Ref. #** | | | | | | |
| 25 | Preferential Transfers Settled Without Suits | $255,514.10 | $255,514.10 | | $35,384.62 | $73,942.99 |
| **Asset Notes:** | 1. Bourland Wall Wenzel - $59,257.50, Settled for: $10,361.25. | | | | | |
| | 2. RediAnswer - $25,536.96, Settled for: $12,768.48. | | | | | |
| | 3. City of Arlington - $19,509.79, Settled for $9,754.89. | | | | | |
| | 4. Whitley Penn - $49,797.27, discovered that only $11,565 was subject to avoidance under 547(b) and WP had defenses under 547(c); Settled for waiver of ch. 7 admin claim of $5253.00. | | | | | |
| | 5. Cirro Energy - $27,469.59, Settled for: $2,500.00. | | | | | |
| | 6. Tolling agreement with Viyu Network ($34,166.15 potential preference). Still working on evaluating defenses and possible settlements or suit. | | | | | |
| | 7. Tolling agreement with City of Garland ($39,776.84 potential preference). Still working on evaluating defenses and possible settlements or suit. | | | | | |
| 26 | TRANSFERS MADE IN 90 DAYS PRIOR TO PETITION DATE | $4,029,183.73 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 29 of the transferees listed on SOFA question 3 (totaling $4,029,183.73) determined not recoverable as preferential transfers after due diligence because (1) the elements of 547(b) were not present; (2) a defense under 547(c) was presented by the transferee or determined by the trustee; (3) amount was too small; and/or (4) venue issues. | | | | | |
| 27 | Payments made in year prior to bankruptcy | $848,898.72 | $848,898.72 | | $0.00 | FA |
| **Asset Notes:** | The transfers made in the one year prior to the filing to insiders or for the benefit of insiders do no appear to be recoverable because they are payroll and in the OCB. were payments for secured debts, or were too small to pursue. | | | | | |
| 28 | Check received from US Treasury for $1,257.90. No indication of reason. (u) | $0.00 | $1,257.90 | | $1,257.90 | FA |
| **Asset Notes:** | Check received from US Treasury for $1,257.90. No indication of reason. | | | | | |

| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $5,454,291.60 | $1,518,493.38 | | $405,499.41 | $73,942.99 |

**Major Activities affecting case closing:**

| 04/18/2022 | Working on claims objections. |
|---|---|
| 03/03/2022 | Filed 2021 Tax Return |
| 02/28/2022 | Filed 2 final preference suits. |
| 09/30/2021 | Working on 2 final preference claims. |
| | Trustee working on response to IRS 2017 ESRP Notice. |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 4

| Case No.: | 19-40401-mxm7 | | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|---|
| Case Name: | SAS HEALTHCARE, INC. | | Date Filed (f) or Converted (c): | 01/29/2020 (c) |
| For the Period Ending: | 4/20/2022 | | §341(a) Meeting Date: | 03/24/2020 |
| | | | Claims Bar Date: | 08/31/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 09/09/2021 | Fifth and Sixth Omnibus Claims objections filed and pending. |
| | Several individual claims objections filed. |
| | Claims objections still in process. |
| 06/23/2021 | First Omnibus Objection to duplicate claims filed in SAS Healthcare filed on 6/22/2021 [Dkt. No. 420] |
| | Second Omnibus Objection to claims already paid filed in SAS Healthcare filed on 6/23/2021 [Dkt. No 421] |
| | Third Omnibus Objection to Claims with no Supporting Docs filed in SAS Healthcare filed on 6/28/2021 [Dkt. No. 423] |
| | Fourth Omnibus Objection to Claims owed by a different debtor filed in SAS Healthcare filed 7/2/2021 [Dkt. No. 424] |
| | Additional claims objections will be filed. |
| 01/29/2021 | Filed 7 preference actions. Entered into 11 tolling agreements. Resolved other potential chapter 5 actions indicated on the SOFA or determined defenses applied. |
| 01/06/2021 | Trustee and counsel are evaluating all potential chapter 5 avoidance actions. |
| | Some settlements have been reached. Motions to approve settlements of chapter 5 actions have been filed and are pending approval of the Court. |
| | Trustee and counsel are evaluating claims and potential objections to claims. Objections to claims to be filed. |
| | If tax returns are necessary for 2020, the trustee will have them prepared and filed. |

| Initial Projected Date Of Final Report (TFR): | 01/31/2023 | Current Projected Date Of Final Report (TFR): | 01/31/2023 | /s/ LAURIE DAHL REA |
|---|---|---|---|---|
| | | | | LAURIE DAHL REA |